```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

STEVE LINDSEY and KRISTI
LINDSEY, Husband and Wife                             PLAINTIFFS

            v.           Civil No. 07-2105

SGL CARBON, LLC                                        DEFENDANT

## O R D E R

Now on this 23rd day of June, 2008, comes on for consideration the parties' **Joint Motion To Dismiss With Prejudice** (document #14), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and this matter is hereby **dismissed with prejudice**.

**IT IS SO ORDERED.**

    /s/ Jimm Larry Hendren
    JIMM LARRY HENDREN
    UNITED STATES DISTRICT JUDGE